*Kyle Jerome Dalen*

*vs.*

*Jodi Harpstead, Commissioner of the Minnesota Department of Human Services*

U.S. District Court No. 23-1877

# EXHIBIT 1

| STATE OF MINNESOTA<br><br>COUNTY OF DAKOTA | DISTRICT COURT<br><br>FIRST JUDICIAL DISTRICT<br>Case Type: Civil Other |
|---|---|
| Kyle Jerome Dalen,<br><br>Plaintiff,<br><br>vs.<br><br>Jodi Harpstead, Commissioner of the Minnesota Department of Human Services, *in her individual and official capacities*,<br><br>Defendant. | Case No. _____<br><br><br>**CIVIL COVER SHEET**<br>**(NON-FAMILY CASE TYPE)** |

Date Case Filed: May 31, 2023

**Attorneys for Plaintiff:**

Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Anthony J. Stauber (#401093)
Joseph E. Nelson (#402378)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstabuer@gustafsongluek.com
jnelson@gustafsongluek.com

**JASPERS, MORIARTY & WETHERILLE, P.A.**
Kevin J. Wetherille (#033036X)
James P. Conway (#0391044)
206 Scott Street
Shakopee, MN 55379
(952) 445-2817

**Attorneys for Defendant:**

KEITH ELLISON
Attorney General
State of Minnesota
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1385 (Voice)
(651) 282-5832 (Fax)

**THRONDSET MICHENFELDER, LLC**
Jason Gustafson (#0403297)
One Central Avenue West
St. Michael, MN 55376, Suite 101
Tel: (763)-515-6110
Cell: (612)-889-0341

**FREMSTAD LAW**
Hannah L. Scheidecker (#0401987)
3003 32nd Ave. S., Ste. 240
Fargo, ND 58103
(701) 478-7620
hannah@fremstadlaw.com

1. Provide a concise statement of the case including facts and legal basis:

Plaintiff alleges that Defendant Commissioner of the Minnesota Department of Human Services has refused and is refusing to effectuate civil commitment orders under Minn. Stat. § 253B.10, subd. 1(b) in violation of their rights.

2. Date Complaint was served: <u>Sent for Service</u>

3. For Expedited Litigation Track (ELT) Pilot Courts only:
   a. ☐ the parties jointly and voluntarily agree that this case shall be governed by the Special Rules for ELT Pilot. Date of agreement: _____
   b. ☐ The court is requested to consider excluding this case from ELT for the following reasons: _____
   Note: ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.
   c. Anticipated number of trial witnesses: _____
   d. Amount of medical expenses to date: _____
   e. Amount of lost wages to date: _____
   f. Identify any known subrogation interests: _____

4. For Complex Cases (See Minn. Gen. R. Prac. 146):
   a. Is this case a "complex case" as defined in Rule 146? ___ Yes _X_ No
   b. State briefly the reasons for complex case treatment for this case:

5. Estimated discovery completion within <u>4</u> months from the date of this form.

6. Disclosure / discovery of electronically stored information discussed with other party?
   ☒ No   ☐ Yes, date of discussion: _____
   If Yes, list agreements, plans, and disputes: _____

7. Proposed trial start date: December 1, 2023

2

8.  Estimated trial time: 3 days _____ hours (estimates less than a day must be stated in hours).

9.  Jury trial is:
    ☐ waived by consent of _____ pursuant to Minn. R. Civ. P. 38.02.

    ☒ requested by ____Plaintiff____ (NOTE: Applicable fee must be enclosed)

10. Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested:
    ☐ Yes  ☒ No

11. Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect): __Unknown__

12. Issues in dispute: _____

13. Case Type / Category: ____Civil/Other____ (NOTE: select case type from Form 23, Subject Matter Index for Civil Cases, appended to the Minnesota Rules of Civil Procedure).

14. Recommended Alternative Dispute Resolution (ADR) mechanism: __TBD__
    (See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))
    Recommended ADR provider (known as a "neutral"): __TBD__
    Recommended ADR completion date: __TBD__
         If applicable, reasons why ADR not appropriate for this case: _____

    By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

Dated: May 31, 2023                    **GUSTAFSON GLUEK PLLC**

                                       /s/Daniel E. Gustafson
                                       Daniel E. Gustafson (#202241)
                                       David A. Goodwin (#386715)
                                       Anthony J. Stauber (#401093)
                                       Joseph E. Nelson (#402378)
                                       Canadian Pacific Plaza
                                       120 South Sixth Street, Suite 2600
                                       Minneapolis, MN 55402
                                       Telephone: 612-333-8844
                                       Fax: 612-339-6622
                                       dgustafson@gustafsongluek.com
                                       dgoodwin@gustafsongluek.com

3

tstabuer@gustafsongluek.com
jnelson@gustafsongluek.com

**JASPERS, MORIARTY & WETHERILLE, P.A.**
Kevin J. Wetherille (#033036X)
James P. Conway (#0391044)
206 Scott Street
Shakopee, MN 55379
(952) 445-2817

**THRONDSET MICHENFELDER, LLC**
Jason Gustafson (#0403297)
One Central Avenue West
St. Michael, MN 55376, Suite 101
Tel: (763)-515-6110
Cell: (612)-889-0341

**FREMSTAD LAW**
Hannah L. Scheidecker (#0401987)
3003 32nd Ave. S., Ste. 240
Fargo, ND 58103
(701) 478-7620
hannah@fremstadlaw.com

*Counsel for Plaintiff*

4