**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect   •   www.ag.state.mn.us

July 21, 2023

*Via CM/ECF with Permission*

| | |
|---|---|
| The Honorable John R. Tunheim | The Honorable Eric C. Tostrud |
| United States District Court | United States District Court |
| 300 South Fourth Street | 316 N. Robert Street |
| Minneapolis, MN  55415 | St. Paul, MN  55101 |

      **Re:**     **Joint Letter Regarding Related Matters** ***O'Shea Chairse v. Minnesota Department of Human Services and Jodi Harpstead***, **Civil File No.  23-cv-00355 and** ***Kyle Jerome Dalen v. Jodi Harpstead***, **Civil File No. 23-cv-01877**

Dear Judges Tunheim and Tostrud:

     The parties agree that this matter, *Dalen v. Harpstead*, is related to the earlier-filed matter *Chairse v. DHS, et al.*, which is now pending before Judge Tostrud. In the parties' shared view, these cases are related both because they share common issues of law and fact and common defendants.  We believe that the interests of judicial economy would be served if they were handled by a single judge.  *See* Order on Assignment of Cases, section 4 (a) i. & iii. (Standing Order for U.S. District Court, District of Minnesota) (July 19, 2021).

     If your Honors agree, the parties understand that reassignment of *Dalen* to Judge Tostrud would be appropriate under the practice in this district and because *Chairse* is first-filed.  *Id.*, 4(c).[1]

---

[1] Counsel for the plaintiffs in *Chairse* communicated over email that they take no position on this request.

445 Minnesota Street, Suite 1400, St. Paul, MN 55101-2131
Office: (651) 296-3353 • Toll Free: (800) 657-3787 • Minnesota Relay: (800) 627-3529
An Equal Opportunity Employer Who Values Diversity

Judge John R. Tunheim
Judge Eric C. Tostrud
July 21, 2023
Page 2

      Please let us know if the Court would prefer the parties to submit this request in a different form or manner or would like to hold a status conference to discuss this issue.

Respectfully submitted,

| GUSTAFSON GLUEK PLLC | KEITH ELLISON |
| --- | --- |
| | Attorney General |
| | State of Minnesota |
| | |
| ***/s/ Daniel E. Gustafson*** | ***/s/ Leaf McGregor*** |
| Daniel E. Gustafson | LEAF MCGREGOR |
| | Assistant Attorney General |
| (612) 333-8844 (Voice) | |
| (612) 339-6622 (Fax) | (651) 757-1258 (Voice) |
| dgustafson@gustafsongluek.com | (651) 282-5832 (Fax) |
| | leaf.mcgregor@ag.state.mn.us |
| *Attorney for Plaintiff* | |
| | *Attorney for Defendant* |