UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

O'Shea Chairse and Sean Burgess,
*on behalf of themselves and all others similarly situated*,

      Plaintiffs,

v.                                                                                              Civil No. 23-355 (ECT/ECW)

Minnesota Department of Human Services and Jodi Harpstead, in her official and individual capacity as Commissioner of the Department of Human Services,

      Defendants.

_____

Kyle Jerome Dalen, *individually and on behalf of all others similarly situated*,

      Plaintiffs,

v.                                                                                              Civil No. 23-1877 (JRT/DJF)

Jodi Harpstead, Commissioner of the Minnesota Department of Human Services, in her individual and official capacities,

      Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

      Case No. 23-cv-355 (ECT/ECW) having been assigned to Judge Eric C. Tostrud and Magistrate Judge Elizabeth Cowan Wright and Case No. 23-cv-1877 (JRT/DJF)

having later been assigned to Judge John R. Tunheim and Magistrate Judge Dulce J. Foster and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 23-cv-1877 (JRT/DJF) be assigned to Judge Eric C. Tostrud and Magistrate Judge Elizabeth Cowan Wright, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 9, 2023             s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court

Dated: August 16, 2023            s/John R. Tunheim
                                  John R. Tunheim
                                  United States District Court