UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kyle Jerome Dalen,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Jodi Harpstead, Commissioner of the Minnesota Department of Human Services, in her individual and official capacities,<br><br>　　　　　　Defendant. | Case No. 23-cv-1877 (ECT/ECW)<br><br>**DECLARATION OF<br>CARRIE BRIONES** |

I, Carrie Briones, hereby declare as follows:

1.　　I am the Legislative Director for the Department of Human Services' (DHS) Direct Care & Treatment (DCT) division. I report to the DHS Director of Governmental Relations. I have held my current position for approximately two and half years.

2.　　Effective in May 2023, the Minnesota Legislature passed and the Governor signed a bill amending Minnesota Statute § 253B.10, subd. 1, (the "Amended Act"). *See* S.F.No. 2934, 93rd Legislature, Chapter 61, article 4, section 7. The Amended Act includes a new subdivision 1(e), which reads: "Patients described in paragraph (b) must be admitted to a state-operated treatment program within 48 hours of the Office of Medical Director, under section 246.018, or a designee determining that a medically appropriate bed is available. This paragraph expires on June 30, 2025."

3.　　This amendment was passed through the 93rd Legislature as part of the DHS Omnibus Bill. *See* S.F.No. 2934, 93rd Legislature, Chapter 61, article 4, section 7. In

passing the Omnibus Bill, the Legislature held at least 13 hearings, including at least three that included public comment, on the bill.

4.  In addition to enacting the Amended Act, passage of the Omnibus Bill established a task force to evaluate the impact of the priority admissions statute. *See* S.F.No. 2934, 93rd Legislature, Chapter 61, article 4, section 13. The Task Force is to issue a report by February 1, 2024, that includes recommendations to improve the priority admissions requirements and process; ways to ensure state-operated programs have medical discretion to prioritize those with the most acute need or risk regardless of referral path; additional ways to meet treatment needs for those referred to state-operated programs and in the community; and any other relevant findings, research, or analyses conducted or produced by the task force. The task force expires on June 30, 2024.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed on October 2, 2023
Ramsey County,
State of Minnesota

_____
CARRIE BRIONES