UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kyle Jerome Dalen, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Jodi Harpstead, *Commissioner of the Minnesota Department of Human Services, in her individual and official capacities*,<br><br>    Defendant. | File No. 23-cv-1877 (ECT/ECW)<br><br><br><br>**ORDER** |

Based on the order dated January 16, 2024, ECF No. 42, Plaintiff's decision not to file a second amended complaint as authorized by that order, and all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Plaintiff Kyle Jerome Dalen's claims in his Amended Complaint arising under 42 U.S.C. § 1983 and/or the United States Constitution are **DISMISSED WITH PREJUDICE**.

2. To the extent the Amended Complaint asserts state-law claims, this case is **REMANDED** to Dakota County District Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 7, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court