# UNITED STATES DISTRICT COURT
## District of Minnesota

Kyle Jerome Dalen,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 23cv1877 (ECT/ECW)

Jodi Harpstead,

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Plaintiff Kyle Jerome Dalen's claims in his Amended Complaint arising under 42 U.S.C. § 1983 and/or the United States Constitution are **DISMISSED WITH PREJUDICE**.

2.  To the extent the Amended Complaint asserts state-law claims, this case is **REMANDED** to Dakota County District Court.

Date: 2/8/2024

KATE M. FOGARTY, CLERK