**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

May 1, 2024

The Honorable Nancy E. Brasel
U.S. District Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55414

Re: *John Doe v. Hennepin County, et al.*
U.S.D.C. Case No. 24-cv-01392-NEB-DTS

Dear Judge Brasel:

Defendants Jodi Harpstead and Dr. KyleeAnn Stevens ("State Defendants") write with permission to notify the Court that State Defendants believe the present case is related to *Dalen v. Harpstead*, No. 23-cv-1877 (ECT/ECW), a case that was previously determined to be related to *Chairse v. DHS*, No. 23-cv-355 (ECT/ECW). *See* Order for Reassignment, *Dalen*, ECF No. 21. Like *Dalen* and *Chairse*, this lawsuit relates to DHS's admission of individuals civilly committed to state-operated treatment facilities and who are subject to Minnesota's priority admission statute. Minn. Stat. § 253B.10, subd. 1. Both *Dalen* and Plaintiff's lawsuit allege constitutional claims of deliberate indifference, pretrial punishment, and unreasonable restraints against Commissioner Harpstead.

State Defendants understand that in accordance with the District's Order for Assignment of Cases, the Court will use its judgement to determine whether the cases are related and, if so, whether they should be assigned to the same judge. Order for Assignment of Cases, ¶ 4(b), (c).

Sincerely,

**s/ Brandon Boese**
BRANDON BOESE
Assistant Attorney General
Atty. Reg. No. 0396385
(651) 757-1414 (Voice)
(651) 282-5832 (Fax)
brandon.boese@ag.state.mn.us

*Attorney for State Defendants*

cc: Kevin C. Riach, Esq. *(via e-service)*
Assistant Hennepin County Attorney Kelly Pierce *(via e-service)*
Assistant Hennepin County Attorney Matthew Frantzen *(via e-service)*
The Hon. Eric C. Tostrud, U.S. District Judge *(via e-service into Dalen and Chairse)*

|#5766674-v1